FILED
CLERK, U.S. DISTRICT COURT

September 25, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBRICK LIMITED; W8 MEDIA CORP.; FAZE CLAN INC.; and CLOUT GANG INC.<br><br>Plaintiffs,<br><br>v.<br><br>WANDERSET, INC.; GREG SELKOE; LEOR TRINK; PHILIP GORDON; JUSTIN KENNA; ALLAN PRICE; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-07980-SJO-RAO<br><br>Assigned to Hon. S. James Otero<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16844370.1
230486-10003

PROPOSED ORDER GRANTING APPLICATION
FOR LEAVE TO FILE UNDER SEAL

Having considered Plaintiffs' Hubrick Limited; W8 Media Corp.; FaZe Clan Inc. ("FaZe Clan"); and Clout Gang Inc.'s ("Clout Gang") (collectively, "Plaintiffs") Application for Leave to File Documents Under Seal in Support of Plaintiffs' Motion for Preliminary Injunction,

**IT IS HEREBY ORDERED**, pursuant to Local Rule 79-5.2.2, that the following documents shall be filed under seal:

1. The Declaration of Joshua Sessler
2. The Unredacted Declaration of John McRoberts
3. McRoberts Declaration, **Exhibit A** (Term Sheet for Faze Clan)
4. McRoberts Declaration, **Exhibit B** (Term Sheet for Clout Gang)
5. McRoberts Declaration, **Exhibit C** (Faze Clan SPA)
6. McRoberts Declaration, **Exhibit D** (Clout Gang SPA)
7. McRoberts Declaration, **Exhibit E** (Clout Gang Stock Powers)
8. McRoberts Declaration, **Exhibit F** (Clout Gang Deed of Adherence)
9. McRoberts Declaration, **Exhibit G** (Clout Gang Board Resignations)
10. McRoberts Declaration, **Exhibit H** (Clout Gang Stock Certificates)
11. McRoberts Declaration, **Exhibit I** (Clout Gang Termination of Shareholder Agreement)
12. McRoberts Declaration, **Exhibit J** (Clout Gang Certificate of Incumbency)
13. McRoberts Declaration, **Exhibit K** (Stock Power for Faze Clan)
14. McRoberts Declaration, **Exhibit L** (Faze Clan Deed of Adherence)
15. McRoberts Declaration, **Exhibit M** (Faze Clan Board Resignations)
16. McRoberts Declaration, **Exhibit N** (Faze Clan Stock Certificates)
17. McRoberts Declaration, **Exhibit O** (Faze Clan LLC Action by Written Consent)
18. McRoberts Declaration, **Exhibit P** (Action by Unanimous Written Consent by the Board of Directors of Faze Clan)

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16844370.1
230486-10003

2

PROPOSED ORDER GRANTING APPLICATION
FOR LEAVE TO FILE UNDER SEAL

19. McRoberts Declaration, **Exhibit Q** (Certificate of Incumbency of Faze Clan Inc.)

20. McRoberts Declaration, **Exhibit R** (FIRTPA certification for Faze Clan)

21. McRoberts Declaration, **Exhibit T** (Specific Disclosures From the Shareholders of Faze Clan)

22. McRoberts Declaration, **Exhibit U** (June 8, 2018 email from Joshua Sessler re: signed documents)

23. The Unredacted Version of the Declaration of David Williams

24. Williams Declaration, **Exhibit D** (minutes of the meeting of Hubrick)

25. Williams Declaration, **Exhibit H** (June 16, 2018 email where Selkoe identifies himself as the Co-CEO of W8/WS)

26. Williams Declaration, **Exhibit I** (July 17, 2018 email where Selkoe identifies himself as the Co-CEO of W8/WS, FaZe Clan, Clout Gang, Broslo, and Wanderset)

27. Williams Declaration, **Exhibit K** (July 9, 2018 email exchange between Mr. Selkoe with Sebastian Geurts and Lee Trink in which Selkoe identifies and analyzes production issues)

28. Williams Declaration, **Exhibit M** (email where Justin Kenna identifies himself as the Global Head of Finance for Hubrick)

29. Williams Declaration, **Exhibit P** (contract where Phil Gordon signs as Chief Legal Officer of W8)

30. Williams Declaration, **Exhibit Q** (email showing that Phil Gordon negotiates agreements on behalf of FaZe Clan, Clout Gang, Hubrick, and W8 Media)

31. Williams Declaration, **Exhibit S** (Selkoe email soliciting investor)

32. Williams Declaration, **Exhibit T** (email exchange showing Defendants' plan to transfer payroll)

33. Williams Declaration, **Exhibit U** (email exchange showing

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16844370.1
230486-10003

3

PROPOSED ORDER GRANTING APPLICATION
FOR LEAVE TO FILE UNDER SEAL

Defendants' plan to transfer business software provider to themselves)

34. Williams Declaration, **Exhibit V** (email showing Defendants' intention to deny responsibility for debt)

35. Williams Declaration, **Exhibit W** (email exchange showing Defendants misrepresenting to Plaintiffs that they would pay invoices, and Defendants' intention to not pay invoices)

36. Williams Declaration, **Exhibit X** (email exchange showing Defendants' clearing of the joint venture bank account)

37. Williams Declaration, **Exhibit Y** (email exchange showing Defendants' "timeline" of stealing the business)

38. Williams Declaration, **Exhibit Z** (purported Action by Written Consent of the Stockholders in Lieu of a Meeting)

39. Williams Declaration, **Exhibit AA** (purported Action of Directors in Lieu of a Meeting)

40. Williams Declaration, **Exhibit BB** (resignation emails)

41. Williams Declaration, **Exhibit CC** (Trink letter to Geurts terminating Geurts' affiliation with FaZe Clan and Clout Gang)

42. Williams Declaration, **Exhibit DD** (Loeb & Loeb letter to Selkoe)

43. Williams Declaration, **Exhibit EE** (Loeb & Loeb letter to Defendants)

44. Williams Declaration, **Exhibit FF** (Unanimous Written Consent of the Board of Directors of Clout Gang)

45. Williams Declaration, **Exhibit GG** (Written Consent of the Sole Stockholder of Clout Gang)

46. Williams Declaration, **Exhibit HH** (Unanimous Written Consent of the Board of Directors of Faze Clan)

47. Williams Declaration, **Exhibit II** (Written Consent of the Majority Stockholder of Faze Clan)

48. Williams Declaration, **Exhibit JJ** (Trink letter re: trademarks)

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16844370.1
230486-10003

4

PROPOSED ORDER GRANTING APPLICATION
FOR LEAVE TO FILE UNDER SEAL

49. Williams Declaration, **Exhibit KK** (Trink letter to Hubrick and W8 Media)

50. Williams Declaration, **Exhibit NN** (Return of Allotment of Shares)

51. The Unredacted Version of the Declaration of Sebastian Geurts

52. Geurts Declaration, **Exhibit C** (Kenna email re: mergers)

53. Geurts Declaration, **Exhibit D** (July 25 Term Sheet)

54. Geurts Declaration, **Exhibit E** (Selkoe email showing his role as Co-CEO for Hubrick)

55. Brody Declaration, **Exhibit A** (Potts Declaration)

56. Brody Declaration, **Exhibit A, Schedule** A (Schedule of documents)

57. The Unredacted Version of Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities

58. The Unredacted Version of the Proposed Order

**IT IS SO ORDERED**

Dated: 9/25/18

*S. James Otero*

Honorable S. James Otero
United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16844370.1
230486-10003

5

PROPOSED ORDER GRANTING APPLICATION
FOR LEAVE TO FILE UNDER SEAL